IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RICE,<br><br>    Plaintiff,<br><br>  v.<br><br>ULTRATECH, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C 12-03290 SI<br><br>**ORDER GRANTING MOTION TO REMAND** |

Currently before the Court is plaintiff's motion to remand this case, which is set for hearing on July 6, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing. Having considered the papers submitted, and for good cause shown, the Court hereby GRANTS plaintiff's motion on the grounds that the Court finds that it does not have subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction). Plaintiff's request for attorneys fees in connection with this motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE